JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BULLION, INC., SWISS AMERICA TRADING CORP., and LEAR CAPITAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CRESTANI, and Does 1-10, inclusive.<br><br>Defendants. | CASE NO. 2:15-cv-03040-DDP (ASx)<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**ORDER**

Having considered the parties' Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above captioned action, including all claims therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

**SO ORDERED.**

DATED: October 26, 2015

*/s/ Dean D. Pregerson*

The Hon. Dean D. Pregerson
United States District Judge